**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1610**

———————

KIM WILLIAMS,

                    Plaintiff – Appellant,

          v.

KETTLER MANAGEMENT INC.; AIMCO PROPERTIES, LP,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Charles B. Day, Magistrate Judge.
(8:12-cv-01226-CBD)

———————

Submitted:  March 31, 2015              Decided:  May 14, 2015

———————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kim Williams, Appellant Pro Se. Lauri E. Cleary, Michael John
Neary, LERCH, EARLY & BREWER, CHARTERED, Bethesda, Maryland;
Steven G. Metzger, Mark S. Saudek, GALLAGHER EVELIUS & JONES,
LLP, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kim Williams appeals the magistrate judge's order granting the summary judgment motions of Kettler Management, Inc. ("Kettler") and AIMCO Properties, L.P. ("AIMCO") on his claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (2012), Md. Code. Ann., State Gov't § 20-601 et seq. (West 2015), and 42 U.S.C. § 1981 (2012), and Kettler's counterclaim for breach of contract. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Williams v. Kettler Mgmt. Inc., No. 8:12-cv-01226-CBD (D. Md. June 11, 2014).

We deny Williams's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process.

AFFIRMED